John S. Delikanakis, Esq. (Nevada Bar No. 5928)
Michael Paretti, Esq. (Nevada Bar No. 13926)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
jdelikanakis@swlaw.com
mparetti@swlaw.com

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Lewis R. Clayton, Esq. (*pro hac vice pending*)
Robert N. Kravitz, Esq. (*pro hac vice pending*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212.373.3000
Facsimile: 212.757.3990
lclayton@paulweiss.com
rkravitz@paulweiss.com

*Attorneys for Defendant Diamond Resorts International, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., DAVID BERKMAN, STEPHEN J. CLOOBECK, RICHARD M. DALEY, FRANKIE SUE DEL PAPA, JEFFREY W. JONES, DAVID PALMER, HOPE S. TAITZ, ZACHARY D. WARREN, and ROBERT WOLF,<br><br>    Defendants. | Case No.:   2:18-cv-01355-APG-CWH<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate Judge: Hon. Carl W. Hoffmann<br><br>**DEFENDANT DIAMOND RESORTS INTERNATIONAL, INC.'S RESPONSE TO MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** |

Defendant Diamond Resorts International, Inc. ("Diamond"), by its undersigned counsel, respectfully submits this response to the motion to appoint Lead Plaintiff and Lead Counsel (the "Lead Plaintiff Motions") filed on September 24, 2018 (DE 14).

Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3), Diamond takes no position on the Lead Plaintiff Motion, except to note that the Court's ruling on the Lead Plaintiff Motion should not prejudice Defendants' right to challenge the selection of lead plaintiff and lead counsel later in the case, including at class certification. *See In re Extreme Networks Inc. Sec. Litig.*, No. 15-CV-04883-BLF, 2016 WL 3519283, at *9 (N.D. Cal. June 28, 2016) (granting motion to appoint lead plaintiff "without prejudice to [d]efendants' right to challenge the adequacy of the plaintiff as class representative at the time of class certification"); *Tai Jan Bao v. SolarCity Corp.*, No. 14-CV-01435-BLF, 2014 WL 3945879, at *4 (N.D. Cal. Aug. 11, 2014) (same).

Accordingly, Diamond reserves all rights to oppose any motion relating to certification of a plaintiff class under Rule 23 of the Federal Rules of Civil Procedure and to take discovery regarding any such issues, and reserves all rights to assert any and all defenses against any plaintiff selected as lead plaintiff in a motion to dismiss or otherwise.

Dated:  September 27, 2018.            SNELL & WILMER L.L.P.


By: /s/ *John S. Delikanakis*
John S. Delikanakis, Esq. (NV Bar No. 5928)
Michael Paretti, Esq. (NV Bar No. 13926)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252

*- AND -*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Lewis R. Clayton, Esq. (*pro hac vice pending*)
Robert N. Kravitz, Esq. (*pro hac vice pending*)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  212.373.3000
Facsimile:  212.757.3990

*Attorneys for Defendant Diamond Resorts International, Inc.*

## **CERTIFICATE OF SERVICE**

On September 26, 2018, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

DATED this 27th day of September, 2018.

                                          */s/ Jeanne Forrest*
                                    An employee of SNELL & WILMER L.L.P.

4849-0917-9764

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200