**ALBRIGHT, STODDARD,**
**WARNICK & ALBRIGHT**
G. Mark Albright, Esq,, NBN 1394
Jorge L. Alvarez, Esq., NBN 014466
801 S Rancho Dr., Ste D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
Email: gma@albrightstoddard.com
jalvarez@albrightstoddard.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Carol C. Villegas, Esq.
(Admitted pro hac vice)
Jake Bissell-Linsk, Esq.
(Admitted pro hac vice)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
Jbissell-linsk@labaton.com

*Attorneys for Lead Plaintiffs ODS Capital LLC*
*and Nantahala Capital Management, LLC and*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DIAMOND RESORTS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 2:18-cv-01355<br><br>**JOINT STIPULATION AND ORDER** |

WHEREAS, Court appointed Lead Plaintiffs ODS Capital LLC and Nantahala Capital Management, LLC and Defendants Diamond Resorts International, Inc., David J. Berkman, Stephen J. Cloobeck, Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren, and Robert Wolf (collectively, "Defendants") (together, the "Parties") have met and conferred regarding this stipulation;

WHEREAS, the complaint in this action is governed by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. (the "PSLRA"), which provides for a process for the appointment of lead plaintiff(s) and lead counsel to represent the putative class;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Parties, as follows:

1. Undersigned counsel for Defendants accept service of the summons and complaint in the above-captioned action on behalf of Defendants, without prejudice to and waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process.

2. Until service of an amended complaint ("AC"), or notice that no AC shall be filed, Defendants shall not be required to answer the complaint in the above-captioned action.

3. Lead Plaintiff shall file an AC within sixty days (60) after the entry of this order, which shall serve as the operative complaint in the action and shall supersede any other related complaints filed in and/or transferred to this Court.

4. Following service of the AC, the parties shall meet and confer to set a reasonable schedule for Defendants to move, answer or otherwise respond to the AC, and for any subsequent briefing.

5. This stipulation shall not prejudice any Party's rights to request reasonable extensions from the Court for any deadlines set herein or by other applicable law.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 8, 2018.

| | |
|---|---|
| Dated:   November 7, 2018 | Respectfully submitted, |
| SNELL & WILMER L.L.P. | THE JIMMERSON LAW FIRM, P.C. |
| BY: */S/ John S. Delikanakis* <br> John S. Delikanakis, Esq. (NV Bar No. 5928) <br> Michael Paretti, Esq. (NV Bar No. 13926) <br> SNELL & WILMER L.L.P. <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 <br> Email: jdelikanakis@swlaw.com <br> Email: mparetti@swlaw.com | BY:   */S/ James M. Jimmerson* <br> James M. Jimmerson, Esq. <br> 415 South 6th Street, Suite 100 <br> Las Vegas, Nevada 89101 <br> Phone: (702) 388-7171 <br> Facsmile: (702) 380-6422 <br> Email: jmj@jimmersonlawfirm.com <br> Email: ks@jimmersonlawfirm.com |
| – AND – | – AND – |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> Lewis R. Clayton, Esq. <br> Robert N. Kravitz, Esq. <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> Email: lclayton@paulweiss.com <br> Email: rkravitz@paulweiss.com | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP <br> Andrew Baum, Esq. <br> 10250 Constellation Blvd. <br> 19th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 282-6298 <br> Facsimile: (310) 556-2920 <br> Email: ABaum@GlaserWeil.com <br><br> *Attorneys for Defendant Stephen Cloobeck* |
| *Attorneys for Defendant Diamond Resorts International, Inc.* | |

(SIGNATURE PAGE CONTINUED)

| | |
|---|---|
| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br><br>BY: _/S/ Mark Albright_<br>Mark Albright, Esq., NBN 01394<br>Jorge L. Alvarez, Esq., NBN 014466<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Telephone: (702) 384-7111<br>Facsimile: (702) 384-0605<br>Email: gma@albrightstoddard.com<br>Email: jalvarez@albrightstoddard.com<br><br>_Liaison Counsel for the Class_<br><br>LABATON SUCHAROW LLP<br>Carol C. Villegas<br>Jake Bissell-Linsk<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>Emails: cvillegas@labaton.com<br>         jbissell-linsk@labaton.com<br><br>_Attorneys for Lead Plaintiffs ODS Capital LLC and Nantahala Capital Management, LLC and Lead Counsel for the Class_ | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>BY: _/S/ Maximilien D. Fetaz_<br>Adam K. Bult, Esq., NBN 9332<br>Maximilien D. Fetaz, Esq., NBN 12737<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>Email: abult@bhfs.com<br>Email: mfetaz@bhfs.com<br><br>- AND –<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mitchell A. Karlan<br>Jefferson E. Bell<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-3827<br>Facsimile: (212) 351-5254<br>Email: mkarlan@gibsondunn.com<br>Email: jbell@gibsondunn.com<br><br>Brian Lutz<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8379<br>Facsimile: (415) 374-8474<br>Email: blutz@gibsondunn.com<br><br>_Attorney for David Berkman, Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren and Robert Wolf_ |