**ALBRIGHT, STODDARD,**
**WARNICK & ALBRIGHT**
801 S Rancho Dr., Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com
*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs ODS Capital LLC*
*and Nantahala Capital Management, LLC and*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DIAMOND RESORTS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 2:18-cv-01355 <br><br> **JOINT STIPULATION AND ORDER** |

LAW OFFICES
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

WHEREAS, Lead Plaintiffs ODS Capital LLC and Nantahala Capital Management, LLC filed their Amended Complaint on December 17, 2018, against Defendants Diamond Resorts International, Inc. ("Diamond"), David J. Berkman, Stephen J. Cloobeck, Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren, Robert Wolf, and Jared T. Finkelstein (together, the "Defendants").  ECF No. 26.

WHEREAS, all of the Defendants except Defendant Cloobeck (the "Moving Defendants") filed motions to stay the case pending the Supreme Court's resolution of *Emulex*[1] (the "Motions to Stay").  ECF Nos. 31-32.

WHEREAS, Lead Plaintiff filed an opposition to the Motions to Stay and a cross motion for a scheduling order (the "Cross Motion").  ECF No. 42.

WHEREAS, on April 23, 2019, the Supreme Court dismissed the writ of certiorari in *Emulex* as improvidently granted.[2]

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Moving Defendants and Lead Plaintiffs, as follows:

1.    The Motions to Stay and Cross Motion are hereby withdrawn.

2.    The Moving Defendants shall file any motions to dismiss or answer to the Amended Complaint by May 9, 2019.

3.    If Moving Defendants file a motion(s) to dismiss, Lead Plaintiffs shall file any opposition brief within 46 days of that filing.

4.    If Lead Plaintiffs file an opposition to Moving Defendants' motion(s) to dismiss, the Moving Defendants shall file any reply brief(s) within 21 days of that filing.

---

[1] *Emulex Corp. v. Varjabedian*, 139 S. Ct. 782 (U.S. Jan. 4, 2019).
[2] *Emulex Corp. v. Varjabedian*, No. 18-459, 2019 WL 1768137 (U.S. Apr. 23, 2019).

Dated: April 25, 2019

Respectfully submitted,

SNELL & WILMER L.L.P.

PISANELLI BICE PLLC

BY: */S/ John S. Delikanakis*
John S. Delikanakis, Esq. (NV Bar No. 5928)
David L. Edelblute, Esq. (NV Bar No. 14049)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: mparetti@swlaw.com

BY: */S/ Todd L. Bice*
Todd L. Bice (NV Bar No. 4534)
Ava M. Schaefer (NV Bar No. 12698)
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

- AND –

- AND –

MILBANK LLP

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Lewis R. Clayton, Esq. (admitted *pro hac vice*)
Robert N. Kravitz, Esq. (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: lclayton@paulweiss.com
Email: rkravitz@paulweiss.com

Scott Edelman (admitted *pro hac vice*)
Alan Stone (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001

*Attorneys for David Berkman*

*Attorneys for Defendant Diamond Resorts
International, Inc. and Jared Finkelstein*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: April 26, 2019.

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

BY: */S/ Maximilien D. Fetaz*
Adam K. Bult, Esq., (NV Bar No. 9332)
Maximilien D. Fetaz, Esq., (NV Bar No. 12737)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: abult@bhfs.com
Email: mfetaz@bhfs.com

- AND –

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan
Jefferson E. Bell
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3827
Facsimile: (212) 351-5254
Email: mkarlan@gibsondunn.com
Email: jbell@gibsondunn.com

Brian Lutz
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8379
Facsimile: (415) 374-8474
Email: blutz@gibsondunn.com

*Attorney for Richard M. Daley, Frankie Sue Del
Papa, Jeffrey W. Jones, David Palmer, Hope S.
Taitz, Zachary D. Warren and Robert Wolf*

ALBRIGHT, STODDARD, WARNICK &
ALBRIGHT

BY: */S/ Mark Albright*
Mark Albright, Esq., (NV Bar No. 01394)
Jorge L. Alvarez, Esq., (NV Bar No. 014466)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
Email: gma@albrightstoddard.com
Email: jalvarez@albrightstoddard.com

*Liaison Counsel for the Class*

LABATON SUCHAROW LLP
Carol C. Villegas (admitted *pro hac vice*)
Jake Bissell-Linsk (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
Email: jbissell-linsk@labaton.com

*Attorneys for Lead Plaintiffs ODS Capital LLC
and Nantahala Capital Management, LLC and
Lead Counsel for the Class*

SO ORDERED.

Dated: _____, 2019

_____
    Honorable Andrew P. Gordon
    United States District Judge

-4-