1  **ALBRIGHT, STODDARD,**
   **WARNICK & ALBRIGHT**
2  801 S Rancho Dr., Suite D-4
   Las Vegas, Nevada  89106
3  Telephone: (702) 384-7111
   Facsimile:  (702) 384-0605
4  gma@albrightstoddard.com
   *Liaison Counsel for the Class*
5

6  **LABATON SUCHAROW LLP**
   140 Broadway
7  New York, New York 10005
   Telephone: (212) 907-0700
8  Facsimile: (212) 818-0477
   *Attorneys for Lead Plaintiffs ODS Capital LLC*
9  *and Nantahala Capital Management, LLC and*
   *Lead Counsel for the Class*
10

11                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
12

13                                                    Civil Action No. 2:18-cv-01355

14  IN RE DIAMOND RESORTS                             **UNOPPOSED MOTION TO FILE**
    INTERNATIONAL, INC. SECURITIES                    **OMNIBUS MOTION TO DISMISS**
15  LITIGATION                                        **OPPOSITION BRIEF AND**
                                                      **ORDER**
16

17        Lead Plaintiffs ODS Capital LLC and Nantahala Capital Management, LLC, ("Lead

18  Plaintiffs") submit this unopposed motion to file an omnibus motion to dismiss opposition brief.

19        Defendants Diamond Resorts and Jared Finkelstein filed a full 23-page motion to dismiss

20  (the "MtD") and Defendants David Berkman, Richard M. Daley, Frankie Sue Del Papa, Jeffrey

21  W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren, and Robert Wolf filed an 18-page

22  joinder brief (the "Joinder"), expressly incorporating the full MtD. ECF Nos. 65-66.

23        Rather than filing two separate 24-page opposition briefs responding to Defendants, Lead

24  Plaintiffs respectfully request leave to file a single 40-page omnibus opposition brief.  This

25  proposal would serve the interest of judicial economy and would enable Lead Plaintiffs to most

26  effectively present their opposition to the MtD and Joinder.  Lead Plaintiffs conferred with

27  Defendants that filed the MtD and Joinder and they do not oppose this request.

28

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

Dated:   May 28, 2019

Respectfully submitted,

**ALBRIGHT, STODDARD,**
**WARNICK & ALBRIGHT**

BY:  */s/ G. Mark Albright*
Mark Albright, Esq., NBN 01394
Jorge L. Alvarez, Esq., NBN 014466
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
Email: gma@albrightstoddard.com
        jalvarez@albrightstoddard.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Carol C. Villegas
David S. Schwartz (*pro hac vice* forthcoming)
Jake Bissell-Linsk
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: cvillegas@labaton.com
        jbissell-linsk@labaton.com

*Attorneys for Lead Plaintiffs ODS Capital, LLC*
*and Nantahala Capital Management, LLC and*
*Lead Counsel for the Class*

**ORDER**

Lead Plaintiffs are permitted to file a 40-page
omnibus opposition brief to ECF Nos. 65, 66.

SO ORDERED.

Dated: 6/13/2019

Honorable Andrew P. Gordon
United States District Judge

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106