**ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT**
G. Mark Albright
801 S Rancho Dr., Ste D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile:  (702) 384-0605
Email:  gma@albrightstoddard.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Carol C. Villegas, Esq.
(Admitted *pro hac vice*)
David J. Schwartz, Esq.
(Admitted *pro hac vice*)
Jake Bissell-Linsk, Esq.
(Admitted *pro hac vice*)
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails:  cvillegas@labaton.com
           dschwartz@labaton.com
           jbissel-linsk@labaton.com

*Attorneys for Lead Plaintiff Nantahala Capital
Management LLC and Lead Counsel to the
Class; Proposed Outgoing Attorneys for Lead
Plaintiff ODS Capital LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| IN RE DIAMOND RESORTS INTERNATIONAL, INC. SECURITIES LITIGATION | Case No. **2:18-cv-01355-APG-CWH** <br><br> **[PROPOSED]** **ORDER GRANTING MOTION TO AMEND ORDER APPROVING LEAD COUNSEL** |

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE

1    Having considered the Motion of Lead Plaintiff ODS Capital LLC ("ODS Capital") to

2  Amend the Order Granting Approval of Counsel (the "Motion"), and the related documents filed

3  concurrently therewith:

4  **IT IS HEREBY ORDERED THAT:**

5       1.    The Motion is granted.

6       2.    The Law Office of Jo Ann Palchak, P.A. ("Palchak") are hereby substituted as

7  attorneys for ODS Capital LLC in place of Labaton Sucharow LLP ("Labaton Sucharow").

8       3.    This Order shall not affect Labaton Sucharow's status as attorneys for Lead

9  Plaintiff Nantahala Capital Management, LLC, or as Lead Counsel for the Class.

10       4.    This Order shall not affect the status of Albright, Stoddard, Warnick &Albright as

11  liaison or local counsel for the class.

12

13       IT IS SO ORDERED.

14  Dated: Las Vegas, Nevada

15   July 9, 2019
    _____, 2019

                                    _____
16                                  UNITED STATES MAGISTRATE JUDGE

17

18  Submitted by:

19  ALBRIGHT, STODDARD, WARNICK
    & ALBRIGHT
20

21

    **By**_____
22  G. Mark Albright
    801 S Rancho Dr., Ste D4
23  Las Vegas, Nevada 89106
    Telephone: (702) 384-7111
24  Facsimile: (702) 384-0605
    Email: gma@albrightstoddard.com
25
    *Liaison Counsel for the Class*
26

27

28

                                    1

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE