1

**ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT**

2

801 S Rancho Dr., Suite D-4

3

Las Vegas, Nevada 89106
Telephone: (702) 384-7111

4

Facsimile: (702) 384-0605
gma@albrightstoddard.com

5

*Liaison Counsel for the Class*

6

**LABATON SUCHAROW LLP**

7

140 Broadway
New York, New York 10005

8

Telephone: (212) 907-0700
Facsimile: (212) 818-0477

9

10

*Attorneys for Lead Plaintiffs Nantahala
Capital Management, LLC and*

11

*Lead Counsel for the Class*

12

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

13

14

IN RE DIAMOND RESORTS

15

INTERNATIONAL, INC. SECURITIES
LITIGATION

16

Civil Action No. 2:18-cv-01355-APG-EJY

**JOINT STIPULATION AND
[PROPOSED] ORDER**

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

WHEREAS, Defendant Stephen J. Cloobeck filed his answer to the Amended Complaint on March 25, 2019 (ECF No. 52);

WHEREAS, Defendants Diamond Resorts International, Inc., David J. Berkman, Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren, Robert Wolf, and Jared T. Finkelstein moved to dismiss this action on May 9, 2019 (ECF Nos. 65 and 66), which motion remains pending;

WHEREAS, counsel for Plaintiffs, counsel for Defendants, and counsel for the plaintiff in another putative class action (related to the events at issue in this action) in the Delaware Court of Chancery entitled *Appel v. Berkman*, C.A. No. 12844-VCMR (the "Delaware Action"), have been engaged in discussions concerning a settlement that would resolve both this action and the Delaware Action;

WHEREAS, the discussions concerning settlement (referenced above) have included discussion of the possibility of administering a single settlement through the Delaware Action, subject to approval by the court in the Delaware Action;

WHEREAS, this stipulation does not admit or imply anything about any party's ultimate willingness to settle this action, aside from the fact that good faith discussions concerning settlement have occurred;

WHEREAS, the parties to this stipulation believe that staying this action would be a prudent use of judicial resources;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties to this action, as follows:

1. Upon the entry of this stipulation by the Court, this action is stayed.

2. If any party moves the Court requesting the stay be lifted, the Court shall lift the stay. For the avoidance of doubt, the Court may also lift the stay at any time *sua sponte*.

3.   Counsel for the Class shall file a letter updating the Court on the status of settlement discussions promptly upon any settlement being finally approved by any court or four (4) months from the date this stipulation is entered by the Court, whichever is sooner.

Dated:   October 3, 2019

SNELL & WILMER L.L.P.

BY:  */S/ John Delikanakis*
John S. Delikanakis, Esq. (NV Bar No. 5928)
David L. Edelblute, Esq. (NV Bar No. 14049)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: dedelblute@swlaw.com

- AND –

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Lewis R. Clayton, Esq. (admitted *pro hac vice*)
Robert N. Kravitz, Esq. (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 492-0215
Email: lclayton@paulweiss.com
Email: rkravitz@paulweiss.com

*Attorneys for Defendant Diamond Resorts*
*International, Inc. and Jared Finkelstein*

Respectfully submitted,

PISANELLI BICE PLLC

BY:  */S/ Ava M. Schaefer*
Todd L. Bice (NV Bar No. 4534)
Ava M. Schaefer (NV Bar No. 12698)
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
Email: lit@pisanellibice.com
Email: ams@pisanellibice.com

- AND –

MILBANK LLP
Scott Edelman (admitted *pro hac vice*)
Alan Stone (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5285
Facsimile: (212) 822-5149
Email: sedelman@milbank.com
Email: astone@milbank.com

*Attorneys for David Berkman*

(SIGNATURE PAGE CONTINUED)

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

BY:  */S/ Maximilien D. Fetaz*
Adam K. Bult, Esq., (NV Bar No. 9332)
Maximilien D. Fetaz, Esq., (NV Bar No. 12737)
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: abult@bhfs.com
Email: mfetaz@bhfs.com

- AND –

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (admitted *pro hac vice*)
Jefferson E. Bell (admitted *pro hac vice*)
Brad Schoenfeldt (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mkarlan@gibsondunn.com
Email: jbell@gibsondunn.com
Email: bschoenfeldt@gibsondunn.com

Brian Lutz (admitted *pro hac vice*)
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8306
Email: blutz@gibsondunn.com

*Attorneys for Richard M. Daley, Frankie Sue Del
Papa, Jeffrey W. Jones, David Palmer, Hope S.
Taitz, Zachary D. Warren and Robert Wolf*

ALBRIGHT, STODDARD, WARNICK &
ALBRIGHT

BY:  */S/ Mark Albright*
Mark Albright, Esq., (NV Bar No. 01394)
Jorge L. Alvarez, Esq., (NV Bar No. 014466)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
Email: gma@albrightstoddard.com
Email: jalvarez@albrightstoddard.com

*Liaison Counsel for the Class*

LABATON SUCHAROW LLP

BY:  */S/ Carol C. Villegas*
Carol C. Villegas (admitted *pro hac vice*)
Jake Bissell-Linsk (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
Email: jbissell-linsk@labaton.com

*Attorneys for Lead Plaintiffs Nantahala Capital
Management, LLC and  Lead Counsel for the
Class*

THE LAW OFFICE OF
JO ANN PALCHAK, P.A.

BY:  */S/ Jo Ann Palchak*
Jo Ann Palchak, Esq. (admitted *pro hac vice*)
1725 1/2 7th Ave., Suite 6
Tampa, FL 33605
Telephone: (813) 468-4884
jpalchak@palchaklaw.com

*Counsel for Lead Plaintiff ODS Capital LLC*

(SIGNATURE PAGE CONTINUED)

THE JIMMERSON LAW FIRM, P.C.

BY:  */S/ James M. Jimmerson*
James J. Jimmerson, Esq., (NV Bar No 000264)
James M. Jimmerson, Esq., (NV Bar No 012599)
415 South Sixth Street, Suite 100
Las Vegas, NV 89101
Telephone: (702) 388-7171
Facsimile: (702) 380-6422
Email: ks@jimmersonlawfirm.com
Email: jmj@jimmersonlawfirm.com

*Attorneys for Defendant Stephen J. Cloobeck*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

1

## **CERTIFICATE OF SERVICE**

2   I, Mark Albright, hereby certify that on October 3, 2019, I electronically filed the

3 foregoing document through the CM/ECF system, which will send notification of such filing to all

4 registered participants as identified on the Notice of Electronic Filing.  Parties may access this

5 filing through the Court's CM/ECF system.

DATED:  October 3, 2019

6

7            */s/ Mark Albright*
            Mark Albright

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106