**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 S Rancho Dr., Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs Nantahala Capital Management, LLC and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE DIAMOND RESORTS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 2:18-cv-01355-APG-EJY<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Defendant Stephen J. Cloobeck filed his answer to the Amended Complaint on March 25, 2019 (ECF No. 52);

WHEREAS, Defendants Diamond Resorts International, Inc., David J. Berkman, Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren, Robert Wolf, and Jared T. Finkelstein moved to dismiss this action on May 9, 2019 (ECF Nos. 65 and 66), which motion remains pending;

WHEREAS, counsel for Plaintiffs, counsel for Defendants, and counsel for the plaintiff in another putative class action (related to the events at issue in this action) in the Delaware Court of Chancery entitled *Appel v. Berkman*, C.A. No. 12844-VCMR (the "Delaware Action"), have been engaged in discussions concerning a settlement that would resolve both this action and the Delaware Action;

WHEREAS, the discussions concerning settlement (referenced above) have included discussion of the possibility of administering a single settlement through the Delaware Action, subject to approval by the court in the Delaware Action;

WHEREAS, this stipulation does not admit or imply anything about any party's ultimate willingness to settle this action, aside from the fact that good faith discussions concerning settlement have occurred;

WHEREAS, the parties to this stipulation believe that staying this action would be a prudent use of judicial resources;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties to this action, as follows:

1. Upon the entry of this stipulation by the Court, this action is stayed.
2. If any party moves the Court requesting the stay be lifted, the Court shall lift the stay. For the avoidance of doubt, the Court may also lift the stay at any time *sua sponte*.

3. Counsel for the Class shall file a letter updating the Court on the status of settlement discussions promptly upon any settlement being finally approved by any court or four (4) months from the date this stipulation is entered by the Court, whichever is sooner.

| | |
|---|---|
| Dated: October 3, 2019 | Respectfully submitted, |
| SNELL & WILMER L.L.P. | PISANELLI BICE PLLC |
| BY: */S/ John Delikanakis*<br>John S. Delikanakis, Esq. (NV Bar No. 5928)<br>David L. Edelblute, Esq. (NV Bar No. 14049)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: jdelikanakis@swlaw.com<br>Email: dedelblute@swlaw.com | BY: */S/ Ava M. Schaefer*<br>Todd L. Bice (NV Bar No. 4534)<br>Ava M. Schaefer (NV Bar No. 12698)<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>Email: lit@pisanellibice.com<br>Email: ams@pisanellibice.com |
| - AND – | - AND – |
| PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>Lewis R. Clayton, Esq. (admitted *pro hac vice*)<br>Robert N. Kravitz, Esq. (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 492-0215<br>Email: lclayton@paulweiss.com<br>Email: rkravitz@paulweiss.com | MILBANK LLP<br>Scott Edelman (admitted *pro hac vice*)<br>Alan Stone (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5285<br>Facsimile: (212) 822-5149<br>Email: sedelman@milbank.com<br>Email: astone@milbank.com |
| *Attorneys for Defendant Diamond Resorts International, Inc. and Jared Finkelstein* | *Attorneys for David Berkman* |

(SIGNATURE PAGE CONTINUED)

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>BY: */S/ Maximilien D. Fetaz*<br>Adam K. Bult, Esq., (NV Bar No. 9332)<br>Maximilien D. Fetaz, Esq., (NV Bar No. 12737)<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: abult@bhfs.com<br>Email: mfetaz@bhfs.com<br><br>- AND –<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mitchell A. Karlan (admitted *pro hac vice*)<br>Jefferson E. Bell (admitted *pro hac vice*)<br>Brad Schoenfeldt (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: mkarlan@gibsondunn.com<br>Email: jbell@gibsondunn.com<br>Email: bschoenfeldt@gibsondunn.com<br><br>Brian Lutz (admitted *pro hac vice*)<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br>Email: blutz@gibsondunn.com<br><br>*Attorneys for Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren and Robert Wolf* | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br><br>BY: */S/ Mark Albright*<br>Mark Albright, Esq., (NV Bar No. 01394)<br>Jorge L. Alvarez, Esq., (NV Bar No. 014466)<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Telephone: (702) 384-7111<br>Facsimile: (702) 384-0605<br>Email: gma@albrightstoddard.com<br>Email: jalvarez@albrightstoddard.com<br><br>*Liaison Counsel for the Class*<br><br>LABATON SUCHAROW LLP<br><br>BY: */S/ Carol C. Villegas*<br>Carol C. Villegas (admitted *pro hac vice*)<br>Jake Bissell-Linsk (admitted *pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>Email: cvillegas@labaton.com<br>Email: jbissell-linsk@labaton.com<br><br>*Attorneys for Lead Plaintiffs Nantahala Capital Management, LLC and Lead Counsel for the Class*<br><br>THE LAW OFFICE OF<br>JO ANN PALCHAK, P.A.<br><br>BY: */S/ Jo Ann Palchak*<br>Jo Ann Palchak, Esq. (admitted *pro hac vice*)<br>1725 1/2 7th Ave., Suite 6<br>Tampa, FL 33605<br>Telephone: (813) 468-4884<br>jpalchak@palchaklaw.com<br><br>*Counsel for Lead Plaintiff ODS Capital LLC* |

(SIGNATURE PAGE CONTINUED)

THE JIMMERSON LAW FIRM, P.C.

BY: */S/ James M. Jimmerson*
James J. Jimmerson, Esq., (NV Bar No 000264)
James M. Jimmerson, Esq., (NV Bar No 012599)
415 South Sixth Street, Suite 100
Las Vegas, NV 89101
Telephone: (702) 388-7171
Facsimile: (702) 380-6422
Email: ks@jimmersonlawfirm.com
Email: jmj@jimmersonlawfirm.com

*Attorneys for Defendant Stephen J. Cloobeck*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2019