# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND, et al., | Case No.: 2:18-cv-01355-APG-EJY |
| Plaintiffs | **Order Denying Motion to Dismiss Without Prejudice and Setting Deadline for Status Report** |
| v. | [ECF No. 65] |
| DIAMOND RESORTS INTERNATIONAL, INC., et al., | |
| Defendants | |

In light of the latest status report (ECF No. 93),

I ORDER that the defendants' motion to dismiss **(ECF No. 65) is DENIED** without prejudice to refile should the case not settle.

I FURTHER ORDER that the parties shall file a status report by May 8, 2020.

DATED this 10th day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE