**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 S Rancho Dr., Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs Nantahala Capital Management, LLC and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DIAMOND RESORTS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 2:18-cv-01355-APG-EJY<br><br>**JOINT STATUS REPORT** |

The undersigned are counsel for all of the involved parties in the above captioned action (the "Parties"). This Joint Status Report is submitted on behalf of the Parties pursuant to the Court's February 10, 2020, Order (ECF No. 94), which directed the Parties to provide the Court with a status update by May 8, 2020.

On February 20, 2020, the Delaware Chancery Court held a settlement hearing and granted final approval of the settlement in the Delaware Action. *Appel*, Trans. ID 64745619 at 1 (Del. Ch. Nov. 1, 2019). Pursuant to the settlement stipulation agreed to in the Delaware Action (the "Settlement Stipulation"), the Effective Date of the settlement is the first business day following the date on which the Chancery Court's approval order becomes "final," which is when the time for filing a notice of appeal has expired without any such appeal having been filed. Trans. ID 64378852 at 18, 21 (Del. Ch. Nov. 1, 2019). The deadline to appeal initially would have expired on March 23, 2020; however the Delaware courts have extended the filing deadline until June 1, 2020, due to the COVID-19 pandemic.

If the settlement becomes effective, in accordance with the Settlement Stipulation, Lead Plaintiffs in this action, Nantahala Capital Management, LLC and ODS Capital LLC ("Lead Plaintiffs"), will then ask the Court to dismiss this Nevada action with prejudice as to Lead Plaintiffs no later than five business days from the Effective Date.

In accordance with the Settlement Stipulation, the Parties seek to continue the stay in this action pending the settlement in Delaware becoming effective and Lead Plaintiffs' subsequent request for dismissal of this action.

[signatures on following pages]

| | |
|---|---|
| Dated:   May 8, 2020 | Respectfully submitted, |
| SNELL & WILMER L.L.P. | PISANELLI BICE PLLC |
| BY: /S/ *John S. Delikanakis* <br> John S. Delikanakis, Esq. (NV Bar No. 5928) <br> David L. Edelblute, Esq. (NV Bar No. 14049) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 <br> Email: jdelikanakis@swlaw.com <br> Email: dedelblute@swlaw.com | BY: /S *Ava M. Schaefer* <br> Todd L. Bice (NV Bar No. 4534) <br> Ava M. Schaefer (NV Bar No. 12698) <br> 400 S. 7th Street, Suite 300 <br> Las Vegas, NV 89101 <br> Telephone: (702) 214-2100 <br> Facsimile: (702) 214-2101 <br> Email: tlb@pisanellibice.com <br> Email: ams@pisanellibice.com |
| – AND – | – AND – |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> Lewis R. Clayton, Esq. (admitted *pro hac vice*) <br> Robert N. Kravitz, Esq. (admitted *pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 492-0215 <br> Email: lclayton@paulweiss.com <br> Email: rkravitz@paulweiss.com | MILBANK LLP <br> Scott Edelman (admitted *pro hac vice*) <br> Alan Stone (admitted *pro hac vice*) <br> 55 Hudson Yards <br> New York, NY 10001 <br> Telephone: (212) 530-5285 <br> Facsimile: (212) 822-5149 <br> Email: sedelman@milbank.com <br> Email: astone@milbank.com |
| | *Attorneys for David Berkman* |
| *Attorneys for Defendants Diamond Resorts International, Inc. and Jared Finkelstein* | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | BY: /S/ *G. Mark Albright* <br> Mark Albright, Esq., (NV Bar No. 01394) <br> Jorge L. Alvarez, Esq., (NV Bar No. 014466) <br> 801 South Rancho Drive, Suite D-4 <br> Las Vegas, Nevada 89106 <br> Telephone: (702) 384-7111 <br> Facsimile: (702) 384-0605 <br> Email: gma@albrightstoddard.com <br> Email: jalvarez@albrightstoddard.com |
| BY: /S/ *Maximilien D. Fetaz* <br> Adam K. Bult, Esq., (NV Bar No. 9332) <br> Maximilien D. Fetaz, Esq., (NV Bar No. 12737) <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 <br> Telephone: (702) 382-2101 <br> Facsimile: (702) 382-8135 <br> Email: abult@bhfs.com <br> Email: mfetaz@bhfs.com | |
| | *Liaison Counsel for the Class* |
| – AND – | |

(SIGNATURE PAGE CONTINUED)

2

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mitchell A. Karlan (admitted *pro hac vice*)<br>Jefferson E. Bell (admitted *pro hac vice*)<br>Brad Schoenfeldt (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: mkarlan@gibsondunn.com<br>Email: jbell@gibsondunn.com<br>Email: bschoenfeldt@gibsondunn.com<br><br>Brian Lutz (admitted *pro hac vice*)<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br>Email: blutz@gibsondunn.com<br><br>*Attorneys for Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S. Taitz, Zachary D. Warren and Robert Wolf* | LABATON SUCHAROW LLP<br><br>BY: */S/ Carol C. Villegas*<br>Carol C. Villegas (admitted *pro hac vice*)<br>Jake Bissell-Linsk (admitted *pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>Email: cvillegas@labaton.com<br>Email: jbissell-linsk@labaton.com<br><br>*Attorneys for Lead Plaintiffs Nantahala Capital Management, LLC and Lead Counsel for the Class*<br><br>THE LAW OFFICE OF<br>JO ANN PALCHAK, P.A.<br><br>BY: */S/ Jo Ann Palchak*<br>Jo Ann Palchak, Esq. (admitted *pro hac vice*)<br>1725 1/2 7th Ave., Suite 6<br>Tampa, FL 33605<br>Telephone: (813) 468-4884<br>jpalchak@palchaklaw.com<br><br>*Counsel for Lead Plaintiff ODS Capital LLC* |

3

## CERTIFICATE OF SERVICE

I, G. Mark Albright, hereby certify that on May 8, 2020, I electronically filed the foregoing document through the CM/ECF system, which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

DATED: May 8, 2020

/s/ G. Mark Albright
G. Mark Albright