ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT
801 S Rancho Dr., Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
gma@albrightstoddard.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs Nantahala
Capital Management, LLC and
Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE DIAMOND RESORTS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 2:18-cv-01355-APG-EJY<br><br>**JOINT STIPULATION AND ORDER** |

WHEREAS, the undersigned are counsel for all of the involved parties in the above captioned action (the "Parties");

WHEREAS, the Parties previously filed a stipulation to stay this Action, in contemplation of ongoing settlement discussions, which Stipulation was ordered by the Court on October 4, 2019 (ECF No. 92);

WHEREAS, on February 4, 2020, Lead Plaintiff submitted a status update (ECF No. 93) informing the Court that a settlement that would resolve this Action was preliminarily approved in *Appel v. Berkman*, C.A. No. 12844-VCMR (Del. Ch. filed Oct. 21, 2016) (the "Settlement");

WHEREAS, on February 20, 2020, the Delaware Chancery Court held a settlement hearing and granted final approval of the Settlement, *Appel v. Berkman,* C.A. No. 12844-VCMR. Trans. ID 64745619 (Del. Ch. Feb. 20, 2020) ("Order and Final Judgment");

WHEREAS the deadline to appeal the Order and Final Judgment has elapsed with no appeal being filed and, as a result, the Settlement has become Effective, under the terms of the Settlement;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of their respective clients, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in this case stipulate and agree that plaintiffs hereby voluntarily dismiss all remaining claims in this action, with prejudice, and each party will bear its own attorneys' fees and costs.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 9, 2020.

| | | |
|---|---|---|
|2| Dated:   July 9, 2020 | Respectfully submitted, |
|3| SNELL & WILMER L.L.P. | PISANELLI BICE PLLC |
|4| | |
|5| BY: /s/ John S. Delikanakis<br>John S. Delikanakis, Esq. (NV Bar No. 5928)<br>David L. Edelblute, Esq. (NV Bar No. 14049)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: jdelikanakis@swlaw.com<br>Email: dedelblute@swlaw.com | BY: /s/ Ava M. Schaefer<br>Todd L. Bice (NV Bar No. 4534)<br>Ava M. Schaefer (NV Bar No. 12698)<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>Email: tlb@pisanellibice.com<br>Email: ams@pisanellibice.com |
|10| - AND – | - AND – |
|11| PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>Lewis R. Clayton, Esq. (admitted *pro hac vice*)<br>Robert N. Kravitz, Esq. (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 492-0215<br>Email: lclayton@paulweiss.com<br>Email: rkravitz@paulweiss.com | MILBANK LLP<br>Scott Edelman (admitted *pro hac vice*)<br>Alan Stone (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5285<br>Facsimile: (212) 822-5149<br>Email: sedelman@milbank.com<br>Email: astone@milbank.com |
| | *Attorneys for Defendant Diamond Resorts International, Inc. and Jared Finkelstein* | *Attorneys for David Berkman* |
| | BROWNSTEIN HYATT FARBER SCHRECK, LLP | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT |
| | BY: /s/ Maximilien D. Fetaz<br>Adam K. Bult, Esq., (NV Bar No. 9332)<br>Maximilien D. Fetaz, Esq., (NV Bar No. 12737)<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV  89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: abult@bhfs.com<br>Email: mfetaz@bhfs.com | BY: /s/ Mark Albright<br>G. Mark Albright, Esq., (NV Bar No. 01394)<br>Jorge L. Alvarez, Esq., (NV Bar No. 014466)<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Telephone: (702) 384-7111<br>Facsimile: (702) 384-0605<br>Email: gma@albrightstoddard.com<br>Email: jalvarez@albrightstoddard.com<br><br>*Liaison Counsel for the Class* |
| | - AND – | |

[signature page continued]

| | | |
|---|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP | LABATON SUCHAROW LLP |
| 2 | Mitchell A. Karlan (admitted *pro hac vice*)<br>Jefferson E. Bell (admitted *pro hac vice*) | BY: */s/ Carol C. Villegas* |
| 3 | Brad Schoenfeldt (admitted *pro hac vice*)<br>200 Park Avenue | Carol C. Villegas (admitted *pro hac vice*)<br>Jake Bissell-Linsk (admitted *pro hac vice*) |
| 4 | New York, NY 10166 | 140 Broadway<br>New York, NY 10005 |
| 5 | Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035 | Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 |
| 6 | Email: mkarlan@gibsondunn.com<br>Email: jbell@gibsondunn.com | Email: cvillegas@labaton.com |
| 7 | Email: bschoenfeldt@gibsondunn.com | Email: jbissell-linsk@labaton.com |
| 8 | Brian Lutz (admitted *pro hac vice*) | *Attorneys for Lead Plaintiffs Nantahala Capital Management, LLC and Lead* |
| 9 | 555 Mission Street<br>San Francisco, CA 94105 | *Counsel for the Class* |
| 10 | Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306 | – AND – |
| 11 | Email: blutz@gibsondunn.com | THE LAW OFFICE OF |
| 12 | *Attorneys for Richard M. Daley, Frankie Sue Del Papa, Jeffrey W. Jones, David Palmer, Hope S.* | JO ANN PALCHAK, P.A. |
| 13 | *Taitz, Zachary D. Warren and Robert Wolf* | BY: */S/ Jo Ann Palchak*<br>Jo Ann Palchak, Esq. (admitted *pro hac vice*) |
| 14 | | 1725 1/2 7th Ave., Suite 6<br>Tampa, FL 33605 |
| 15 | | Telephone: (813) 468-4884<br>jpalchak@palchaklaw.com |
| 16 | | |
| 17 | | *Counsel for Lead Plaintiff ODS Capital LLC* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | SO ORDERED. | |
| 23 | Dated: _____, 2020 | |
| 24 | _____ | |
| 25 | Honorable Andrew P. Gordon<br>United States District Judge | |
| 26 | | |
| 27 | | |
| 28 | | |

(SO ORDERED block crossed out with large red X)

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

3